UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                      Plaintiff,<br><br>     -against-<br><br>NO ENTITY(S) CURRENTLY, ET AL,<br><br>                     Defendants. | 23-CV-8468 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 7, 2023
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                         Chief United States District Judge